FILED
IN CLERK'S OFFICE
E.D.N.Y.
* JANUARY 30, 2024*
BROOKLYN OFFICE

EDP:JBD/LM
F. #2023R00189

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

AASIM BOONE,
JARRETT BRUCE,
    also known as "Inf," "Infinite"
    and "Infamous" and
LESLY VALENTIN,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-292 (S-1) (RPK) (SJB)
(T. 18, U.S.C., §§ 875(b), 981(a)(1)(C),
1201(c), 2 and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Kidnapping Conspiracy)

1.     In or about December 2022, within the Eastern District of New York and elsewhere, the defendants AASIM BOONE, JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, did knowingly and intentionally conspire to seize, confine, inveigle, kidnap, abduct and carry away and hold, for ransom and reward and otherwise, a person, to wit: John Doe, an individual whose identity is known to the Grand Jury, and use one or more means, facilities and instrumentalities of interstate and foreign commerce, to wit: cellular telephones and the internet, in committing and in furtherance of the commission of the offense.

2.     In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants AASIM BOONE, JARRETT

BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, did commit and cause the commission of, among others, the following:

## OVERT ACTS

(a) On or about December 9, 2022, the defendants AASIM BOONE, JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, communicated with one another regarding the kidnapping and assault of John Doe.

(b) On or about December 9, 2022, the defendant AASIM BOONE, together with others, drove to the vicinity of 27th Street and 21st Avenue in Queens, New York.

(c) On or about December 9, 2022, the defendant JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," drove to the vicinity of 27th Street and 21st Avenue in Queens, New York.

(d) On or about December 9, 2022, the defendant LESLY VALENTIN drove to the vicinity of 27th Street and 21st Avenue in Queens, New York.

(e) On or about December 9, 2022, the defendant AASIM BOONE, together with others, assaulted John Doe in Queens, New York.

(f) On or about December 9, 2022, the defendant AASIM BOONE, together with others, abducted John Doe in the vicinity of 27th Street and 21st Avenue in Queens, New York by forcing John Doe into a Chrysler Pacifica minivan (the "Chrysler Pacifica") and driving John Doe from Queens, New York to New Jersey.

(g) On or about December 9, 2022, the defendant AASIM BOONE, together with others, assaulted John Doe again in New Jersey.

    (h) On or about December 9, 2022, the defendant AASIM BOONE, together with others, threatened to harm John Doe while John Doe was inside the Chrysler Pacifica.

    (i) On or about December 10, 2022, the defendants AASIM BOONE, JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, communicated with one another using cellular telephones regarding the kidnapping and assault of John Doe.

    (j) On or about December 12, 2022, the defendant LESLY VALENTIN, together with others, sent one or more text messages threatening to harm John Doe and one or more of John Doe's friends and family members if John Doe did not pay VALENTIN money and one or more things of value that John Doe had agreed to pay to secure his release.

  (Title 18, United States Code, Sections 1201(c) and 3551 et seq.)

COUNT TWO
(Transmission of Interstate Communications with Intent to Extort)

    3. On or about December 12, 2022, within the Eastern District of New York and elsewhere, the defendant LESLY VALENTIN, together with others, did knowingly and with intent to extort from John Doe money and one or more things of value, transmit in interstate commerce one or more communications containing one or more threats to kidnap and injure the person of another, to wit: one or more text messages threatening kidnapping of and injury to John Doe and one or more of John Doe's friends and family members.

  (Title 18, United States Code, Sections 875(b), 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

    4. The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged herein, the government will seek forfeiture in

seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

*Mary Beth Glickman*
FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00189

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

AASIM BOONE, JARRETT BRUCE, ALSO KNOWN AS "INF,"
"INFINITE" AND "INFAMOUS" AND LESLY VALENTIN,

                                                                Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 875(b), 981(a)(1)(C), 1201(c), 2 and 3551 *et seq.*; T. 21,
U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

*Mary Beth Glickman* _____

                                                                     *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                     *Clerk*

*Bail, $* _____

*Joshua B. Dugan and Lorena Michelen, Assistant U.S. Attorneys (718) 254-7000*